JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALI BARARSANI, | CV 21-3679 PA (SHKx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| HDI GLOBAL INSURANCE COMPANY, et al., | |
| Defendant. | |

Pursuant to the Court's September 17, 2021 Order granting partial summary judgment in favor of defendant HDI Global Insurance Company ("Defendant") and the Court's November 5, 2021 Order granting summary judgment in favor of Defendant,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff Ali Bararsani ("Plaintiff"); and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED: November 5, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE